

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN LEWIS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 11-3999 |
| | : | |
| KENNETH R. CAMERON et al., | : | |
| Respondents. | : | |

### ORDER

**WILLIAM H. YOHN, J.**

AND NOW, this 3rd day of January, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and no objection having been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. The motion seeking transfer to SCI-Cresson (doc. 8) is DENIED; and the motions seeking bail and an evidentiary hearing are denied as moot.

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ William W. Yohn Jr.
WILLIAM H. YOHN, J.